### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

DANIEL KELLEY, #L2563

                                                                                                                            PLAINTIFF

vs.                                           CIVIL ACTION NO. 3:14-CV-82 HTW-LRA

J. BUSCHER, ET AL.                                                            DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court and the court hereby denies the Motion for Temporary Restraining Order [docket no. 3] without prejudice.

      **SO ORDERED AND ADJUDGED, this the 31ST day of July, 2014.**

                                                                          s/ HENRY T. WINGATE
                                                                         UNITED STATES DISTRICT JUDGE